# United States District Court
для the
Western District of Washington

> **Instructions**
>
> 1. You must use Adobe Acrobat Reader to fill out and save this form. Download Adobe Reader here.
>
> 2. After completing this form, click on "File" "Save as" and save the form to your computer.

_____
*Plaintiff*

*v.*

_____
*Defendant*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. _____

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it) - or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
*This section should not be filed with the court unless required by* Fed.. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____

was received by me on *(date)* _____ .

☐ I personally served the summons and complaint on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:




My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: _____           _____
                                 *Server's signature*

                                 _____
                                 *Printed name and title*

                                 _____
                                 *Server's address*

Additional information regarding attempted service, etc.