THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, a New York mutual insurance company,<br><br>  Plaintiff-in Interpleader,<br><br> v.<br><br>MICHAEL CRAIG POWELL; ALINA DAWN POWELL; JOHN SAMUEL POWEL; JENNIFER RAE GRAVES; STEVEN CRAIG POWELL; TERRICA POWELL; CHARLES COX and JUDY COX as Special Administrators for the Estate of Susan Powell, an absentee person; SUSAN POWELL, or her successors in trust, as Trustee of the Joshua S. Powell and Susan M. Powell Revocable Trust, u/a/d February 4, 2009, CHARLES F. COX; and JUDY COX,<br><br>  Defendants-in-Interpleader. | No. 12-CV-05184-RBL<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST NEW YORK LIFE INSURANCE COMPANY WITH PREJUDICE AND DISCHARGING LIABILITY REGARDING PAYMENT OR DISTRIBUTION OF INTERPLEADED FUNDS** |

## I.   <u>STIPULATION</u>

This is a stipulation by and between plaintiff-in-interpleader New York Life Insurance Company ("New York Life"), defendant-in-interpleader Michael Powell and defendants-in-interpleader Charles Cox, Judy Cox and Charles and Judy Cox as Special Administrators for the Estate of Susan Powell ("Cox Defendants") for the purpose of dismissing all claims with prejudice by Michael Powell and the Cox Defendants against New York Life related to benefits payable under two life insurance policies (numbers 48789237 and 48789198) and associated children's term riders issued by New York Life to Joshua Powell and Susan Powell ("Insurance

STIPULATION AND ORDER DISMISSING CLAIMS AGAINST NEW YORK LIFE INSURANCE COMPANY - 1
No. 12-CV-05184-RBL
021670.0087/5533778.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

Policies"), the disbursement of the interpleaded funds, or the handling of this claim.

All known interested parties have been served with this interpleader action. Furthermore, New York Life has deposited the proceeds of the Insurance Policies, plus interest, with this Court for a determination of the rights as between the defendants-in-interpleader. New York Life makes no claim and has no interest in the deposited funds or the policy proceeds.

Therefore, Michael Powell and the Cox Defendants stipulate and agree to dismiss with prejudice and without costs any claims and/or counterclaims against New York Life that were filed or that could have been filed including, but not limited to, any claim for breach of contract, bad faith, unfair or deceptive act or practice, unreasonable denial of a claim for payment of benefits, violation of the Consumer Protection Act, violation of the Insurance Fair Conduct Act, or negligence.

Michael Powell and the Cox Defendants further stipulate and agree that New York Life and its affiliates and all of its present or former directors, officers, employees, agents and representatives shall be discharged from any liability relating to or arising out of or connected in any way with the Insurance Policies, including but not limited to, any benefit payable thereunder, the handling and investigation of this claim, New York Life's internal policies and procedures for processing beneficiary change requests, or the disbursement of the interpleaded funds.

Michael Powell and the Cox Defendants further stipulate and agree that they shall be enjoined from making any claim against New York Life and/or its affiliates and all of its present or former directors, officers, employees, agents and representatives with regard to any benefit payable under the Insurance Policies, or with regard to the disbursement of the interpleaded funds, or with regard to the handling or investigation of this claim, or with regard to New York Life's internal policies and procedures for processing beneficiary change requests, including but not limited to, any claim for breach of contract, bad faith, unfair or deceptive act or practice, unreasonable denial of a claim for payment of benefits, violation of

STIPULATION AND ORDER DISMISSING CLAIMS AGAINST NEW YORK LIFE INSURANCE COMPANY - 2
No. 12-CV-05184-RBL
021670.0087/5533778.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

the Consumer Protection Act, violation of the Insurance Fair Conduct Act, or negligence.

DATED: January 25, 2013

| KRILICH, LA PORTE, WEST & LOCKNER, P.S. | LANE POWELL PC |
|---|---|
| By s/Thomas J. West<br>  Thomas J. West, WSBA #5857<br>  Attorneys for Defendant Michael Powell | By s/Tim D. Wackerbarth<br>  Tim D. Wackerbarth, WSBA No. 13673<br>  Joseph P. Corr, WSBA No. 36584<br>Attorneys for New York Life Insurance Company |
| FREY BUCK, P.S. | LAW OFFICES OF JAMES H. BUSH, PLLC |
| By s/Anne M. Bremner<br>  Anne M. Bremner, WSBA #13269<br>  Attorneys for the Cox Defendants | By s/James H. Bush<br>  James H. Bush, WSBA No. 8004<br>  Attorney for Terrica Powell |
| ASHBAUGH BEAL, LLP | |
| By s/Anne M. Bremner for<br>  Richard T. Beal, Jr., WSBA #09203<br>  Attorneys for the Cox Defendants | |

## II.   ORDER

The parties having agreed and stipulated as set forth above, and the Court being fully informed in the premises, NOW, THEREFORE, IT IS HEREBY:

ORDERED, that any and all claims and/or counterclaims that were, or could have, been filed by Michael Powell or the Cox Defendants against New York Life, including but not limited to, any claim for breach of contract, bad faith, unfair or deceptive act or practice, unreasonable denial of a claim for payment of benefits, violation of the Consumer Protection Act, violation of the Insurance Fair Conduct Act, or negligence are hereby dismissed with prejudice and without costs to any of the parties hereto;

ORDERED, that New York Life and its affiliates and all of its present or former directors, officers, employees, agents and representatives are hereby discharged from all

STIPULATION AND ORDER DISMISSING CLAIMS AGAINST NEW YORK LIFE INSURANCE COMPANY - 3
No. 12-CV-05184-RBL
021670.0087/5533778.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

liability relating to or arising out of or connected in any way with New York Life insurance policy numbers 48789237 and 48789198, including but not limited to, any benefit payable thereunder, the handling or investigation of this claim, New York Life's internal policies and procedures for processing beneficiary change requests, or the disbursement of the interpleaded funds; and

ORDERED, that Michael Powell and the Cox Defendants are hereby enjoined from making any claim against New York Life and its affiliates and all of their present or former directors, officers, employees, agents and representatives with regard to any benefit payable under New York Life insurance policy numbers 48789237 and 48789198, or with regard to the disbursement of the interpleaded funds, or with regard to the handling or investigation of this claim, or with regard to New York Life's internal policies and procedures for processing beneficiary change requests, including but not limited to, any claim for breach of contract, bad faith, unfair or deceptive act or practice, unreasonable denial of a claim for payment of benefits, violation of the Consumer Protection Act, violation of the Insurance Fair Conduct Act, or negligence.

DATED this 25th day of January, 2013.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

Presented by:

LANE POWELL PC

By s/Tim D. Wackerbarth
   Tim D. Wackerbarth, WSBA No. 13673
   Joseph P. Corr, WSBA No. 36584
Attorneys for Defendant New York Life Insurance Company

STIPULATION AND ORDER DISMISSING CLAIMS AGAINST NEW YORK LIFE INSURANCE COMPANY - 4
No. 12-CV-05184-RBL

021670.0087/5533778.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107